UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE WAYNE MILLER,

    Plaintiff,

    v.

LISA C. DEWBERRY,

    Defendant.

Case No. 14-cv-02930-JCS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to file an amended complaint by the deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).[1] Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain a complaint addressing the deficiencies laid out in the Court's order dismissing the complaint with leave to amend.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 15, 2014

                                                    _____
                                                    JOSEPH C. SPERO
                                                    United States Magistrate Judge

---

[1] Plaintiff has consented to magistrate judge jurisdiction. The magistrate, then, has jurisdiction to decide this motion, even though defendants have not been served or consented to magistrate jurisdiction. *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995) (holding that magistrate judge had jurisdiction to dismiss prison inmate's action under 42 U.S.C. § 1983 as frivolous without consent of defendants because defendants had not been served yet and therefore were not parties).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE WAYNE MILLER,

    Plaintiff,

v.

LISA C. DEWBERRY,

    Defendant.

Case No. 14-cv-02930-JCS

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 12/15/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Wayne Miller ID: CO# 000960-5
Coalinga State Hospital
24511 West Jayne Avenue
P.O. Box 5003
Coalinga, CA 93210-5003

Dated: 12/15/2014

    Richard W. Wieking
    Clerk, United States District Court

    By: *Karen L. Hom*
    Karen Hom, Deputy Clerk to the
    Honorable JOSEPH C. SPERO